IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDLAND RESOURCES, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>IOWA MUTUAL INSURANCE COMPANY,<br><br>        Defendant. | 8:21CV178<br><br>FOURTH AMENDED<br>CASE PROGRESSION ORDER |

This matter is before the Court on Defendant's Unopposed Motion for Extension of Defendant's Designation of Experts and Disclosures (Filing No. 37). After review of the motion, and for good cause shown,

**IT IS ORDERED** that Defendant's Unopposed Motion for Extension of Defendant's Designation of Experts and Disclosures (Filing No. 37) is granted, and the third amended case progression order is amended as follows:

1) The deadlines for identifying expert witnesses and completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended as follows:

   | | |
   |---|---|
   | For the plaintiff: | **April 15, 2022** |
   | For the defendant: | **July 27, 2022** |
   | For rebuttal: | **August 17, 2022** |

2) The planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings with the undersigned magistrate judge is rescheduled to **September 2, 2022**, at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **November 11, 2022**.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds remains **December 13, 2022**.

5) The deadline for filing motions to dismiss and motions for summary judgment remains **December 13, 2022**.

6) The remaining case progression deadlines as set forth in this Court's Third Amended Case Progression Order ([Filing No. 31](Filing No. 31)) shall remain in effect pending a further joint stipulation by the parties for the Court's consideration. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 15h<sup>th</sup> day of July, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge