# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MIDLAND RESOURCES, LLC,** | |
| **Plaintiff,** | **8:21CV178** |
| **vs.** | **SIXTH AMENDED**<br>**CASE PROGRESSION ORDER** |
| **IOWA MUTUAL INSURANCE**<br>**COMPANY,** | |
| **Defendant.** | |

This matter is before the Court on the Stipulated Motion to Amend Case Progression Order and Continue Planning Conference Hearing (Filing No. 55). After review of the parties' stipulation, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Stipulated Motion to Amend Case Progression Order and Continue Planning Conference Hearing (Filing No. 55) is granted, and the fifth amended case progression order is amended as follows:

1)  The planning conference scheduled for January 20, 2023, is cancelled. The planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings with the undersigned magistrate judge will be held **April 14, 2023**, at **11:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)  The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **April 20, 2023**.

3)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds remains **May 31, 2023**.

4)  The deadline for filing motions to dismiss and motions for summary judgment remains **May 31, 2023**.

5)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 17th day of January, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge