# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MIDLAND RESOURCES, LLC,** | |
| Plaintiff, | 8:21CV178 |
| vs. | |
| **IOWA MUTUAL INSURANCE COMPANY,** | **ORDER** |
| Defendant. | |

Counsel for the parties have advised the court that mediation has been scheduled for May 3, 2023, with Tim Engler. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.

2. On or before **May 10, 2023**, the parties shall notify the Court regarding the outcome of mediation.

3. If mediation is unsuccessful, the parties shall contact the chambers of the undersigned magistrate judge to schedule a telephone conference to reset any remaining case progression deadlines and to set the pretrial conference and trial dates.

Dated this 20th day of March, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge